```
               IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

RICKEY WHITE,                         *

       Petitioner,              *

vs.                                   *
                                   CASE NO. 4:09-CV-45 (CDL)

RANDALL WORKMAN, Warden,              *

       Respondent.              *

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 4, 2009 is hereby approved, adopted, and made the Order of the Court.

The objection of the Petitioner, which he has entitled "Petition to Amend," has been considered and is found to be without merit.

IT IS SO ORDERED, this 14th day of May, 2009.

                                                    S/Clay D. Land
                                                        CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE